UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:12-cr-00195-MOC-DCK

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| Vs. | ) | ORDER |
| | ) | |
| **JOEL ORTIZ-GONZALEZ,** | ) | |
| Defendant. | ) | |

**THIS MATTER** is before the court on defendant's Motion to Correct Clear Error in Sentence. Defendant indicates that the government consents to the relief requested. Having considered defendant's motion and reviewed the pleadings, the court enters the following Order.

**ORDER**

**IT IS, THEREFORE, ORDERED** that defendant's Motion to Correct Clear Error in Sentence (#16) is GRANTED, and the Clerk shall amend the Judgment as follows:

(a) Credit for time served, indicating that as of 11/13/14, Mr. Ortiz has been incarcerated for 109 days;

(b) Completion of Alcohol and Anger Management Programs per the direction of his Probation Officer; and

(c) 24 months of Supervised Release, with supervision commencing on the date of his release from custody.

Signed: November 14, 2014

Max O. Cogburn Jr.
United States District Judge